UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 17 2015

JAMES N. HATTEN, CLERK
By: S. Branson, Deputy Clerk

| | |
|---|---|
| Ericka L. Williams, <br><br>Sui Juris in Propria Persona <br><br>Plaintiff <br><br>v. <br><br>OCWEN LOAN SERVICING LLC, <br><br>Defendant | CIVIL ACTION <br>FILE NO: 1:14-cv-03531-ODE-JSA |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff Ericka L. Williams, and pursuant to Rule 41(a) (1) (A) (i) of the Federal Rules of Civil Procedure, hereby dismisses her action against Defendant OCWEN LOAN SERVICING LLC.

1.        Plaintiff Ericka L. Williams, proceeding pro per, originally filed this action in the Superior Court of GWINNETT County [14A-07448-10], alleging claims arising out of the initiation of mortgage foreclosure proceedings. November 3, 2014 Defendant removed the case to this Court on the basis of federal question jurisdiction, and moved to dismiss Plaintiff's complaint under Rule 12 (b) (6) of the Federal Rules of Civil Procedure. (Doc. "3")

2.        Courts in this circuit and others have found that a Defendant's filing of a motion to dismiss under Rule 12 (b) does not affect a Plaintiff's right to dismiss an action voluntarily.

3.        Rule 41 (a) (1) (A) (i) of the Federal Rules of Civil Procedure allow a plaintiff to dismiss an action voluntarily without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. **This dismissal is effective immediately upon filing and no subsequent court order is required**.

4.        Plaintiff DISMISSES this action voluntarily **without prejudice** for the reason that, due to certain indications by Defendant, Plaintiff wishes to pursue a good faith loan modification or new paper.

[Signature on following page]

Respectfully submitted, this 12th day of August 2015.

By: _____

Ericka L. Williams, Pro Se
1983 Sugarstone Drive
Lawrenceville, GA 30043
678-731-7903

## **CERTIFICATE OF SERVICE, FONT AND MARGINS**

This is to certify that I have this day served the within and foregoing NOTICE OF VOLUNTARY DISMISSAL by placing a true and correct copy of same in the United States Mail, with prepaid first-class postage affixed thereto, properly addressed as follows:

**James N. Hatten**
Richard B. Russell Federal Building and Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3361
*Attn: Clerk of Court*

**Kristin Schneider Miller**
**Baker Donelson Bearman Caldwell & Berkowitz, PC -GA**
Monarch Plaza, Suite 1600
3414 Peachtree Road, NE
Atlanta, GA 30326-1164
404-443-6732
Fax: 404-238-9616
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby further certify that this document complies with the margin, font and paper type requirements of this Court, and is in 14 point Times New Roman font.

Respectfully submitted, this 12th day of August 2015.

_____
Ericka L. Williams,
Plaintiff Pro Se

## PLAINTIFF'S NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed via the USPS the following document or thing: **NOTICE OF VOLUNTARY DISMISSAL.**

This document was not filed electronically because Plaintiff is excused from filing this document or thing electronically by Administrative Procedures For Filing, Signing and Verifying Pleadings and Papers By Electronic Means, Section III-B. The document or thing has been manually served on all parties.

Respectfully submitted, this 12th day of August 2015.

By: _____

Ericka L. Williams,
Plaintiff Pro Se