IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERICKA L. WILLIAMS,       :
                                  :
    Plaintiff             :
                                  :
v.                             :      CIVIL ACTION FILE NO.
                                  :      1:14-CV-3531-ODE-JSA
OCWEN LOAN SERVICING LLC,  :
                                  :
    Defendant           :

ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed July 31, 2015 [Doc. 13] ("R&R"). No objections have been filed.[1]

In the R&R, Judge Anand recommends that Plaintiff's motion to remand be denied, that Defendant's motion to dismiss be granted, and that all of Plaintiff's claims be dismissed. Specifically, Judge Anand found that although this Court has subject matter jurisdiction over this lawsuit, Plaintiff has failed to assert a plausible claim for relief against Defendant under any of the legal theories presented in the complaint.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Plaintiff's motion to remand [Doc. 7] is DENIED, Defendant's motion to dismiss [Doc. 3] is GRANTED, and all of Plaintiff's claims are DISMISSED.

---

[1] Plaintiff did not object to the Report and Recommendation and, in fact, filed a Notice of Voluntary Dismissal (without prejudice) on August 17, 2015 [Doc. 15].

SO ORDERED, this 26 day of August, 2015.

                                          _____
                                          ORINDA D. EVANS
                                          UNITED STATES DISTRICT JUDGE