UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERICKA L. WILLIAMS,<br><br>        Plaintiff(s),<br><br>vs.<br><br>OCWEN LOAN SERVICING LLC,<br><br>        Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:14-cv-03531-ODE |

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and Defendant's Motion to Dismiss and the Court having adopted said recommendation and granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 26th day of August, 2015.

JAMES N. HATTEN
CLERK OF COURT

By: *s/Frances K. Pinckney*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  August 28, 2015
James N. Hatten
Clerk of Court

By: *s/Frances K. Pinckney*
      Deputy Clerk